FILED by MC D.C.

Jul 11, 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## 18-20596-CR-GAYLES/OTAZO-REYES

Case No. _____

18 U.S.C. § 1956(h)
18 U.S.C. § 982

UNITED STATES OF AMERICA

vs.

JUAN ANDRES BAQUERIZO ESCOBAR,

Defendant.

_____/

## INFORMATION

The United States charges that:

### CONSPIRACY TO COMMIT MONEY LAUNDERING
### (18 U.S.C. § 1956(h))

Beginning in or around August 2012, through in or around March 2016, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### JUAN ANDRES BAQUERIZO ESCOBAR,

did knowingly and willfully combine, conspire, confederate, and agree with others known and unknown to the United States, to violate Title 18, United States Code, Section 1956, that is, to knowingly:

a.      conduct a financial transaction affecting interstate and foreign commerce, which financial transaction involved the proceeds of specified unlawful activity, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and knowing that such transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i);

b.      to transport, transmit and transfer a monetary instrument and funds to or through a place in the United States from a place outside the United States, and from a place in the United States to and through a place outside the United States, knowing that the monetary instrument and funds involved in the transportation, transmission and transfer represented the proceeds of some form of unlawful activity, and knowing that the transportation, transmission and transfer was designed in whole and in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i); and

c.      to transport, transmit and transfer a monetary instrument and funds to or through a place in the United States from a place outside the United States, and from a place in the United States to or through a place outside the United States, with the intent to promote the carrying on of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(A).

It is further alleged that the specified unlawful activities are: (i) a violation of the Foreign Corrupt Practices Act ("FCPA"), in violation of Title 15, United States Code, Section 78dd-2; and (ii) an offense against a foreign nation involving bribery of a public official in violation of foreign law, specifically the Ecuadorian Penal Code, pursuant to Title 18, United States Code, Section 1956(c)(7)(B)(iv).

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE
### (18 U.S.C. § 982)

1.      The allegations contained in this Information are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of certain property in which the defendant, **JUAN ANDRES BAQUERIZO ESCOBAR,** has an interest.

2.    Upon conviction of the violation of Title 18, United States Code, Section 1956(h) alleged in this Information, the defendant shall forfeit to the United States all property, real or personal, involved in such offense, or any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

All pursuant to Title 18, United States Code, Section 982(a)(1) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).


BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY


By: _____
KAREN E. ROCHLIN
ASSISTANT UNITED STATES ATTORNEY


SANDRA L. MOSER, ACTING CHIEF
CRIMINAL DIVISION, FRAUD SECTION
U.S. DEPARTMENT OF JUSTICE

By: _____
LORINDA LARYEA, TRIAL ATTORNEY
DAVID FUHR, TRIAL ATTORNEY
KATHERINE RAUT, TRIAL ATTORNEY
CRIMINAL DIVISION, FRAUD SECTION


DEBORAH L. CONNOR, ACTING CHIEF
CRIMINAL DIVISION, MONEY LAUNDERING
& ASSET RECOVERY SECTION, U.S. DEPARTMENT OF JUSTICE

By: _____
RANDALL WARDEN, TRIAL ATTORNEY
PATRICIA SULZBACH, TRIAL ATTORNEY
MARY ANN MCCARTHY, TRIAL ATTORNEY
CRIMINAL DIVISION, MONEY LAUNDERING
& ASSET RECOVERY SECTION, U. S. DEPARTMENT OF JUSTICE

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO. _____

v.

JUAN ANDRES BAQUERIZO ESOBAR,

**CERTIFICATE OF TRIAL ATTORNEY***

Defendant.
_____ /

**Superseding Case Information:**

**Court Division:** (Select One)

| | | New Defendant(s) | Yes _____ No _____ |
| --- | --- | --- | --- |

X   Miami _____ Key West
FTL _____ WPB _____ FTP

Number of New Defendants _____
Total number of counts _____

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:     (Yes or No)     YES
     List language and/or dialect     SPANISH

4.   This case will take     0     days for the parties to try.

5.   Please check appropriate category and type of offense listed below:

      (Check only one)                                      (Check only one)

| I | 0   to 5 days | X | Petty | |
| --- | --- | --- | --- | --- |
| II | 6   to 10 days | | Minor | |
| III | 11  to 20 days | | Misdem. | |
| IV | 21 to 60 days | | Felony | X |
| V | 61 days and over | | | |

6.   Has this case been previously filed in this District Court?   (Yes or No)   NO
If yes:
Judge: _____   Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?     (Yes or No)     NO
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the District of _____
Is this a potential death penalty case? (Yes or No)     NO

7.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?     Yes _____     No   X

_____
KAREN E. ROCHLIN
ASSISTANT UNITED STATES ATTORNEY
COURT ID No. A5500050

*Penalty Sheet(s) attached

REV 5/3/17

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**  JUAN ANDRES BAQUERIZO ESCOBAR

**Case No:** _____

Count #: 1

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

**\* Max. Penalty:** Twenty (20) years' imprisonment

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| | ) | |
| JUAN ANDRES BAQUERIZO ESCOBAR | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*